No. 71–6571. ALBERT *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–6830. WEST *v.* MILLER, STATE WELFARE ADMINISTRATOR, ET AL. Sup. Ct. Nev. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–210. NICHOLS *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–223. HAHN ET UX. *v.* NORWEGIAN AMERICA LINE. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–239. CHILDS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.